# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA COLLEEN TEMPLE,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:19-cv-09531-VEB<br><br>**ORDER ON STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEYS' FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that attorneys' fees and expenses in the amount of $6,500.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

Dated: December 2, 2020        /s/Victor E. Bianchini
                                       VICTOR E. BIANCHINI
                                       UNITED STATES MAGISTRATE JUDGE